

United States District Court
Eastern District of California

| LISA WATSON and ANGELA KEERS, individually and on behalf of all others similarly situated, |
|---|

Plaintiff(s)

Case Number: 2:23-CV-01770-DJC-CKD

V.

| CRUMBL LLC, CRUMBL IP, LLC, and CRUMBL FRANCHISING, LLC, |
|---|

APPLICATION FOR PRO HAC VICE AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Erin J. Ruben hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

LISA WATSON and ANGELA KEERS

On 03/27/2009 (date), I was admitted to practice and presently in good standing in the State of North Carolina (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____
_____

Date: 09/07/2023    Signature of Applicant: /s/ Erin J. Ruben

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Erin J. Ruben |
| Law Firm Name: | Milberg Coleman Bryson Phillips Grossman, PLLC |
| Address: | 900 W. Morgan Street |
| City: | Raleigh |
| State: | NC |
| Zip: | 27603 |
| Phone Number w/Area Code: | (919) 600-5000 |
| City and State of Residence: | Raleigh, NC |
| Primary E-mail Address: | eruben@milberg.com |
| Secondary E-mail Address: | sdavis@milberg.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Alex Rafael Straus |
| Law Firm Name: | Milberg Coleman Bryson Phillips Grossman, PLLC |
| Address: | 280 South Beverly Dr., PH Suite |
| City: | Beverly Hills |
| State: | CA |
| Zip: | 90212 |
| Phone Number w/Area Code: | (866) 252-0878 |
| Bar #: | 321366 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 8, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE