ERIK K. SWANHOLT, CA Bar No. 198042
  eswanholt@foley.com
(Designated Counsel for Service)
JESSICA N. WALKER, CA Bar No. 275398
  jwalker@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE:  213.972.4500
FACSIMILE:   213.486.0065

JORDAN C. BLEDSOE (*Pro Hac Vice To Be Submitted*)
  jordan.bledsoe@foley.com
**FOLEY & LARDNER LLP**
95 SOUTH STATE STREET, SUITE 2500
SALT LAKE CITY, UT 84111
TELEPHONE:  801.401.8900
FACSIMILE:   385.799.7576

Attorneys for Defendants
CRUMBL LLC, CRUMBL, IP, LLC, and
CRUMBL FRANCHISING, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA WATSON, and ANGELA KEERS, individually and on behalf of all those similarly situated,<br><br>                              Plaintiffs,<br><br>    vs.<br><br>CRUMBL LLC, CRUMBL, IP, LLC, and CRUMBL FRANCHISING, LLC,<br><br>                              Defendants. | Case No. 2:23-cv-01770-DJC-CKD<br><br>**SECOND JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT; ORDER**<br><br>Complaint Filed: August 21, 2023<br><br>Judge Daniel J. Calabretta |

Plaintiffs LISA WATSON and ANGELA KEERS ("Plaintiffs") and Defendants CRUMBL LLC, CRUMBL IP, LLC, and CRUMBL FRANCHISING, LLC ("Defendants"), by and through their undersigned counsel, and pursuant to Civil Local Rule 144, respectfully submit this Second Joint Stipulation to Extend Time to Respond to Plaintiffs' Complaint.

**WHEREAS,** Plaintiffs filed their Complaint in the above-captioned action (the "Complaint");

**WHEREAS,** on August 23, 2023, Plaintiffs caused the Complaint and Summons to be served on CRUMBL IP, LLC, setting an original deadline for CRUMBL IP, LLC to file its response to the Complaint of September 13, 2023;

**WHEREAS,** on August 28, 2023, Plaintiffs caused the Complaint and Summons to be served on CRUMBL FRANCHISING, LLC, setting an original deadline for CRUMBL FRANCHISING, LLC to file its response to the Complaint of September 18, 2023;

**WHEREAS,** on September 1, 2023, Plaintiffs caused the Complaint and Summons to be served on CRUMBL LLC, setting an original deadline for CRUMBL LLC to file its response to the Complaint on September 22, 2023;

**WHEREAS,** on September 6, 2023, Plaintiffs and Defendants stipulated to a 21-day extension of the earliest deadline to respond to the Complaint by answer or motion, pursuant to Civil Local Rule 144(a), providing Defendants up to and including October 4, 2023 to file and serve their response to Plaintiffs' Complaint;

**WHEREAS,** Plaintiffs and Defendants wish to stipulate to an additional 30-day extension of the October 4, 2023 deadline to respond to the Complaint by answer or motion;

**WHEREAS,** good cause exists for this extension because Plaintiffs and Defendants are exploring potential resolution of the case;

**WHEREAS,** on September 28, 2023, Plaintiffs and Defendants met and conferred regarding Defendants' proposed motion in response to Plaintiffs' Complaint, and during that conference, the parties agreed that further discussions regarding resolution of the case would be productive, and agreed to a short extension to allow those discussions to occur;

**WHEREAS,** such stipulation does not alter the date of any event or deadline already

fixed by Court order;

**WHEREAS,** no dates have yet been set for the discovery cutoff date, the last date for hearing motions, the pre-trial conference date, or the trial date;

**NOW, HEREBY, THE PARTIES STIPULATE AND AGREE** that Defendants shall have up to and including November 3, 2023 to file and serve their response to Plaintiffs' Complaint.

**IT IS SO STIPULATED AND AGREED.**

DATED: October 2, 2023    **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP**
Alex R. Straus
Erin Ruben
Harper T. Segui
Rachel Soffin

*/s/ Erin Rubin (signed with permission received via email on 9/29/2023)*
Erin Rubin
Attorneys for Plaintiffs
LISA WATSON and ANGELA KEERS

DATED: October 2, 2023    **FOLEY & LARDNER LLP**
Erik K. Swanholt
Jessica N. Walker
Jordan C. Bledsoe

*/s/ Jessica N. Walker*
Jessica N. Walker
Attorneys for Defendants
CRUMBL LLC, CRUMBL IP, LLC, and CRUMBL FRANCHISING, LLC

**IT IS SO ORDERED.**

DATED: October 2, 2023    /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE