23-ERIK K. SWANHOLT, CA Bar No. 198042
    eswanholt@foley.com
JESSICA N. WALKER, CA Bar No. 275398
    jwalker@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE:  213.972.4500
FACSIMILE:   213.486.0065

JORDAN C. BLEDSOE (*Pro Hac Vice Pending*)
    jordan.bledsoe@foley.com
**FOLEY & LARDNER LLP**
95 S. STATE STREET, SUITE 2500
SALT LAKE CITY, UT 84111
TELEPHONE:  801.401.8900
FACSIMILE:   385.799.7576

Attorneys for Defendants
CRUMBL LLC, CRUMBL, IP, LLC, and
CRUMBL FRANCHISING, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA WATSON, and ANGELA KEERS, individually and on behalf of all those similarly situated,<br><br>                                            Plaintiffs,<br><br>vs.<br><br>CRUMBL LLC, CRUMBL, IP, LLC, and CRUMBL FRANCHISING, LLC,<br><br>                                            Defendants. | Case No. 2:23-cv-01770-DJC-CKD<br><br>**STIPULATION TO EXTEND CASE DEADLINES, INCLUDING DEADLINE TO SUBMIT JOINT STATUS REPORT; ORDER**<br><br>Complaint Filed: August 21, 2023<br><br>Judge Daniel J. Calabretta |

STIPULATION TO EXTEND CASE DEADLINES, INCLUDING DEADLINE TO SUBMIT
JOINT STATUS REPORT; ORDER
Case No. 2:23-cv-01770-DJC-CKD

4873-4633-3832.1

1    Plaintiffs LISA WATSON and ANGELA KEERS ("Plaintiffs") and Defendants CRUMBL LLC, CRUMBL IP, LLC, and CRUMBL FRANCHISING, LLC ("Defendants"), by and through their undersigned counsel, and pursuant to Civil Local Rule 144, respectfully submit this Stipulation to Extend Case Deadlines, Including Deadline to Submit Joint Status Report.

**WHEREAS,** Plaintiffs filed their Complaint in the above-captioned action (the "Complaint");

**WHEREAS,** on September 6, 2023, Plaintiffs and Defendants stipulated to a 21-day extension of the earliest deadline to respond to the Complaint by answer or motion, pursuant to Civil Local Rule 144(a), providing Defendants up to and including October 4, 2023 to file and serve their response to Plaintiffs' Complaint;

**WHEREAS,** on October 2, 2023, Plaintiffs and Defendants stipulated to an additional 30-day extension of the October 4, 2023 deadline to respond to the Complaint by answer or motion;

**WHEREAS,** on October 3, 2023, the Court granted this extension, setting Defendants' deadline to respond to the Complaint by answer or motion for November 3, 2023;

**WHEREAS,** pursuant to the Court's Initial Case Management Order, within sixty days of the service of any party, the parties are required to confer as required by Federal Rule of Civil Procedure 26(f) and to prepare and submit to the Court a joint status report that includes the Rule 26(f) discovery plan;

**WHEREAS,** based on the service of the Complaint and Summons on August 23, 2023 on CRUMBL IP, LLC, the deadline for the Parties to confer and to submit their joint status report is currently October 23, 2023;

**WHEREAS,** the Parties have been discussing possible resolution of the case since September 28, 2023, when the Parties conferred regarding Defendants' proposed motion in response to the Complaint;

**WHEREAS,** since then, the Parties have engaged in additional discussions regarding resolution, have begun informal discovery directed towards settlement, and are discussing scheduling a mediation before a private mediator;

STIPULATION TO EXTEND CASE DEADLINES, INCLUDING DEADLINE TO SUBMIT JOINT STATUS REPORT; ORDER
-2-
Case No. 2:23-cv-01770-DJC-CKD

4873-4633-3832.1

**WHEREAS,** the Parties have agreed and stipulate to Plaintiffs filing an amended complaint by October 31, 2023;

**WHEREAS,** the Parties have agreed and stipulate to set Defendants' deadline to respond to the amended complaint by motion or answer as forty-five (45) days after the service of the amended complaint;

**WHEREAS,** the Parties wish to stipulate to extend the deadline to confer pursuant to Rule 26(f) and to submit the joint status report from October 23, 2023 to thirty (30) days after a ruling on Defendants' motion to dismiss or after Defendants' answer is filed, whichever is later;

**WHEREAS,** good cause exists for these extensions because Plaintiffs and Defendants are continuing to explore potential resolution of the case, and have made progress in the form of agreeing to permit Plaintiffs to amend their complaint and in engaging in informal discovery;

**WHEREAS,** the parties agree that further discussions regarding resolution of the case would be productive, as would continuing with informal discovery and mediation;

**WHEREAS,** this is the third time the parties have agreed to an extension, and the first time such stipulation alters the date of any event or deadline already fixed by Court order;

**WHEREAS,** this stipulation does alter the date of the deadline to submit a joint status report currently fixed by Court order, extending it from October 23, 2023 to thirty (30) days after a ruling on Defendants' motion to dismiss or after Defendants' answer is filed, whichever is later;

**WHEREAS,** no dates have yet been set for the discovery cutoff date, the last date for hearing motions, the pre-trial conference date, or the trial date;

**NOW, HEREBY, THE PARTIES STIPULATE AND AGREE** that:

1. Plaintiffs shall have up to and including October 31, 2023 to file and serve their amended complaint;

2. Defendants shall have up to and including forty-five (45) days from service of the amended complaint to file and serve their response by motion or answer to the amended complaint;

3. The parties shall have up to and including thirty (30) days from a ruling on

Defendants' motion to dismiss, or from the date of filing of Defendants' answer, whichever is later, to confer on the Rule 26(f) topics and to submit a joint status report to the Court.

**IT IS SO STIPULATED AND AGREED.**

DATED: October 19, 2023

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP**
Alex R. Straus
Erin Ruben
Harper T. Segui
Rachel Soffin

<u>/s/ Erin Ruben (as authorized on Oct. 19, 2023)</u>
Erin Ruben
Attorneys for Plaintiffs
LISA WATSON and ANGELA KEERS

DATED: October 19, 2023

**FOLEY & LARDNER LLP**
Erik K. Swanholt
Jessica N. Walker
Jordan C. Bledsoe

<u>/s/ Jessica N. Walker</u>
Jessica N. Walker
Attorneys for Defendants
CRUMBL LLC, CRUMBL IP, LLC, and
CRUMBL FRANCHISING, LLC

**IT IS SO ORDERED.**

DATED: October 19, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE