ERIK K. SWANHOLT, CA Bar No. 198042
 eswanholt@foley.com
JESSICA N. WALKER, CA Bar No. 275398
 jwalker@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE:  213.972.4500
FACSIMILE:   213.486.0065

JORDAN C. BLEDSOE (*Pro Hac Vice*)
 jordan.bledsoe@foley.com
**FOLEY & LARDNER LLP**
95 S. STATE STREET, SUITE 2500
SALT LAKE CITY, UT 84111
TELEPHONE:  801.401.8900
FACSIMILE:   385.799.7576

Attorneys for Defendants
CRUMBL LLC, CRUMBL, IP, LLC, and
CRUMBL FRANCHISING, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA WATSON, and ANGELA KEERS, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRUMBL LLC, CRUMBL, IP, LLC, and CRUMBL FRANCHISING, LLC,<br><br>Defendants. | Case No. 2:23-cv-01770-DJC-CKD<br><br>**ORDER GRANTING STIPULATION TO TEMPORARILY STAY PROCEEDINGS**<br><br>Judge:    Daniel J. Calabretta<br><br>Amended Complaint Filed: October 31, 2023 |

The Court, having considered the Stipulation to Temporarily Stay Proceedings, and good cause appearing, orders as follows:

**IT IS HEREBY ORDERED** that this action be temporarily stayed for a period of sixty (60) days so that the parties may complete their current discussions. The Parties shall have up to and including February 13, 2024 to submit either a new stipulation, a proposed briefing schedule setting Defendants' deadline to respond to the First Amended Complaint and any related briefing, or a proposed case management schedule.

**IT IS SO ORDERED.**

Dated:  December 14, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE