

United States District Court
Eastern District of California

| LISA WATSON and ANGELA KEERS, individually and on behalf of all others similarly situated, | Case Number: 2:23-CV-01770-DJC-CKD |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND ORDER |
| CRUMBL LLC, CRUMBL IP, LLC, and CRUMBL FRANCHISING, LLC, | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Rachel Soffin                                     hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

LISA WATSON and ANGELA KEERS

On _____10/27/2005_____ (date), I was admitted to practice and presently in good standing in the

_____State of Florida_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____05/02/2024_____          Signature of Applicant: /s/ Rachel Soffin _____

**Pro Hac Vice Attorney**

Applicant's Name: Rachel Soffin

Law Firm Name: Milberg Coleman Bryson Phillips Grossman, PLLC

Address: 800 S. Gay St.

Suite 1100

City: Knoxville   State: TN   Zip: 37929

Phone Number w/Area Code: (865) 247-0080

City and State of Residence: St. Petersburg, Florida

Primary E-mail Address: rsoffin@milberg.com

Secondary E-mail Address: sdavis@milberg.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Alex Rafael Straus

Law Firm Name: Milberg Coleman Bryson Phillips Grossman, PLLC

Address: 280 South Beverly Dr., PH Suite

City: Beverly Hills   State: CA   Zip: 90212

Phone Number w/Area Code: (866) 252-0878   Bar # 321366

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 2, 2024

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE