Erin J. Ruben
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP**
900 W. Morgan St.
Raleigh, NC 27603
(919) 600-5009 (phone)
865-522-0049 (fax)
eruben@milberg.com

*Attorneys for Plaintiffs and Putative Classes*

*Other Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA WATSON, and ANGELA KEERS, individually and on behalf of all those similarly situated,<br><br>                        Plaintiffs,<br><br>vs.<br><br>CRUMBL LLC, CRUMBL, IP, LLC, CRUMBL FRANCHISING, LLC, and CRUMBL ENTERPRISES, LLC,<br><br>                        Defendants. | Case No. 2:23-cv-01770-DJC-CKD<br><br>Hon. Daniel J. Calabretta<br><br>**ORDER GRANTING STIPULATION TO FURTHER MODIFY SCHEDULING ORDER** |

**IT IS HEREBY ORDERED** that the current case management deadlines in this action be extended to allow the Parties to participate in mediation and otherwise continue settlement discussions. The case deadlines are hereby modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| **Expert Disclosures** | 01/06/26 | 04/03/26 |
| **Rebuttal Expert Reports** | 03/09/26 | 06/12/26 |
| **Plaintiffs' Motion for Class Certification** | 01/06/26 | 04/03/26 |
| **Defendants' Opposition to Motion for Class Certification** | 03/09/26 | 06/12/26 |
| **Plaintiffs' Reply in Support of Motion for Class Certification** | 04/17/26 | 07/10/26 |
| **Close of Expert Discovery** | 04/17/26 | 07/10/26 |
| **Close of Fact Discovery** | 04/17/26 | 07/10/26 |
| **Hearing on Motion for Class Certification** | 5/14/26 at 1:30 pm | 08/13/26 |
| **Dispositive Motion Filing Deadline** | 08/14/26 | 11/20/26 |
| **Dispositive Motion Hearing** | | 01/07/27 at 1:30 pm |
| **Final Pretrial Conference** | 01/28/27 at 1:30 pm | 04/22/27 at 1:30 pm |
| **Jury Trial** | 03/29/27 at 8:30 am | 06/21/27 at 8:30 am |

**IT IS SO ORDERED.**

Dated: October 21, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE