**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA WATSON and ANGELA KEERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRUMBL LLC, CRUMBL IP, LLC, CRUMBL FRANCHISING, LLC, and CRUMBL ENTERPRISES, LLC,<br><br>Defendants. | **Case No.: 2:23-cv-01770-DJC-CKD**<br><br>**Hon. Daniel J. Calabretta**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

The Court, having considered the parties' Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, hereby **APPROVES** the Stipulation and **ORDERS** this action be dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

Dated: February 26, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Case No. 2:23-cv-01770-DJC-CKD

ORDER GRANTING STIPULATION